NO. 07-12-00084-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
AUGUST 30, 2012
--------------------------------------------------------------------------------

 
IN THE MATTER OF THE MARRIAGE OF LEANNE FARRELL COLLIER AND ROBERT GREG COLLIER AND IN THE INTEREST OF R.C.C., A CHILD
--------------------------------------------------------------------------------

 
 FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;
 
 NO. 2007-539,120; HONORABLE DON EMERSON, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 CONCURRING OPINION
 
 The Court's disposition of this appeal is correct, and our disposition is properly and adequately supported by our conclusion the trial court accurately understood the scope of the remand from our first opinion. See Hudson v. Wakefield, 711 S.W.2d 628, 630 (Tex. 1986) (concerning limiting issues on retrial following remand). But the Court's opinion does not stop there, and applies the doctrine of the law of the case to the issues the husband sought to re-litigate on remand, those being the characterization and valuation of the horses. In my view our application of the law of the case doctrine here is not necessary to the disposition of the appeal, and its application to the characterization and valuation issues, fact-bound determinations in this case, is improper. I therefore do not join in the Court's opinion but only its judgment.
 James T. Campbell
 Justice